# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 2, 2014

## NO. 03-12-00675-CV

**Nagakrishna Reddy, M.D.; and New Braunfels Ob/Gyn, P.A., Appellants**

**v.**

**Haley Hebner and Darrin Charles Scott,**
**Individually and as Next Friends of R. M. S., a Minor, Appellees**

---

**APPEAL FROM 22ND DISTRICT COURT OF COMAL COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE**
**REVERSED AND REMANDED -- OPINION BY JUSTICE PURYEAR**
**DISSENTING OPINION BY JUSTICE PEMBERTON**

---

This is an interlocutory appeal from the order signed by the trial court on September 21, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order and remands the case to the trial court with instructions to award appellants reasonable attorney's fees and costs of court and to dismiss appellees' claims with prejudice. The appellees shall pay all costs relating to this appeal, both in this Court and the court below.